| *Filer's Name, Address, Phone, Fax, Email:*<br><br>**Barbara L. Franklin  (HBN 8021)**<br>45-3438 Mamane Street, Bldg. #2<br>Honokaa, HI  96727<br>(808) 775-0530 - Tel<br>(808) 775-1040 - Fax<br>barbara@island-law.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
|---|---|

hib_3015-2b1  (12/09)

| *Debtor Name:*  Kimber Lee Deverse | *SSN (last 4 digits):*  3241 | *Case No.:*  **15-01314** |
|---|---|---|
| *Address:*  73-1238 Loloa Drive, Kailua-Kona, HI  96740 | | |
| *Jt Debtor Name:* *(if any)*<br>*Address (if not same as above):* | *SSN (last 4 digits):* | Chapter 13 |

| **DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN;**<br>**NOTICE OF HEARING**<br><br>**Courtroom – 1132 Bishop Street, Honolulu, Hawaii** | Hearing Date: 6/21/2016<br>Time:  9:30 am |
|---|---|
| | Objections due: 6/14/2016 |

**MOTION**

The undersigned hereby moves under 11 U.S.C. § 1329(a) for modification of the plan previously confirmed in this case.  The specific changes are described on page 2 for the reasons stated on page 3.  **All terms of the confirmed plan, including those of any plan motions regarding the valuation of collateral and the avoidance of liens, remain in effect except for the specific changes described in the attached pages.**

**NOTICE**

**NOTICE IS HEREBY GIVEN that this motion is scheduled to be heard on the date and time noted above.**

<u>**Your rights may be affected.**</u>  You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views, then you or your attorney must file a statement explaining your position **not later than 7 days before the hearing date**.  Responses must be filed with the court at:  **United States Bankruptcy Court, District of Hawaii, Suite 250, Honolulu, HI 96813**, and sent to the moving party at the address in the upper left corner of this document.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the deadline stated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may cancel the hearing and grant the motion to modify the plan without further notice.  The provisions of the modified plan will bind the debtor(s) and each creditor.

| PROPOSED MODIFICATION – PLAN PAYMENTS AND DURATION | | | |
|---|---|---|---|
| | Monthly Payment Amount | Duration (months) | Projected Total Distribution upon Plan Completion* |
| Current Plan | $278 | 60 | $ ___16,680.00___ |
| **Proposed Modification** starting 6/2016_____ date | $278/$110 | 7/53 | $ ___7,776.00___ |
| *Not including any contributions from tax refunds. | Net Increase / (Decrease) in Projected Total Distribution: | | $ ___(8,904.00)___ |
| Further details (*e.g., plan being extended 6 months due to missed payments*): Plan being modified to decrease monthly payments. Debtor's 12 year old nephew came to live with her in December 2015, which necessarily increased her monthly household expenses making it extremely difficult for her to make the current monthly plan payment. | | | |

| PROPOSED MODIFICATION – TREATMENT OF CLASS OR SPECIFIC CLAIM | |
|---|---|
| Current Plan | |
| **Proposed Treatment** | |

| PROPOSED MODIFICATION – OTHER |
|---|
| Description: 7 payments @ $278/month =    $1,946.00<br>53 payments @ $110/month =  $5,830.00<br><br>Total Plan Funding =              $7,776.00 |

| MEMORANDUM |
|---|

[*State relevant facts and legal arguments in support of the modification(s) being proposed – attach additional pages as necessary.*]

Debtor moves for a modification of her Chapter 13 Plan based on the following:

1)  The Debtor was above median income on the Petition Date, based on a household size of two, consisting of the Debtor and her 16 year old nephew.

2)  In December 2015, Debtor's 12 year old nephew also came to live with Debtor.

3)  Debtor's mother was granted legal guardianship of the two nephews and their sister in California due to their mother's drug use and instability.  Despite the court orders, their mother would show up regularly at the house and the children's schools, and both the nephews asked to live with Debtor in order to remove themselves from the situation and their mother's emotional manipulation.  Debtor's mother has given her power of attorney for both nephews.

4)  Under the proposed Modification, secured and priority creditors will be paid in full, and unsecured creditors will receive an estimated 5% payment on their claims.

5)  Debtor asserts that the proposed Modification will allow her to successfully complete the plan, that the proposed Modification is feasible, and should be allowed.

/s/ Barbara L. Franklin, Esq._____  /s/_____
    Debtor / Attorney                                             Joint Debtor / Attorney

    Dated: 5/11/2016_____    Dated: _____