| Name, Address, Phone, Fax, Email Address of Filer: <br><br>**Barbara L. Franklin (SBN 8021)** <br>**45-3438 Mamane Street, Bldg 2** <br>**Honokaa, HI 96727** <br>**(808) 775-0530 - Tel** <br>**(808) 775-1040 - Fax** <br>**barbara@island-law.com** |  <br>**UNITED STATES BANKRUPTCY COURT** <br>**DISTRICT OF HAWAII** <br>1132 Bishop Street, Suite 250 <br>Honolulu, Hawaii 96813 <br><br>hib_6004-1c (12/09) |
|---|---|

| *Debtor:* **Kimber Lee Deverse** | Chapter **13** | Case No.: **15-01314** |
|---|---|---|
| | **Hearing will be held only if requested.** <br>*Deadline to file a request:* | |
| *Joint Debtor:* | Date: _____ **September 7, 2017** _____ | |

### NOTICE OF PROPOSED USE, SALE, OR LEASE OF PROPERTY

NOTICE IS HEREBY GIVEN that the Trustee or Debtor in Possession is proposing a sale or other transaction involving property of the bankruptcy estate, that is not being made in the ordinary course of the Debtor's business.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the use, sale, or lease of property that is described below, or if you want the court to consider your views on this matter, then on or before 21 days after the filing date of this notice, you or your attorney must file with the court, at the address shown below, an objection or a written request for a hearing. You must also mail a copy to the address in the upper left corner of this notice. If you mail your objection or request to the court for filing, you must mail it early enough so the court will receive it on or before the deadline stated here.

| United States Bankruptcy Court <br>District of Hawaii <br>1132 Bishop Street, Suite 250L <br>Honolulu, HI 96813 | Deadline to file an objection/request for hearing: <br>*(21 days after date notice is filed unless time shortened)* <br><br>Date: September 7, 2017 |
|---|---|

If the court schedules a hearing, you will receive a separate notice of the hearing date and time. If you or your attorney do not file an objection or a request for a hearing, the court may decide that you do not oppose the proposed use, sale, or lease of property and may enter an order approving the transaction.

| *Description of Property:* <br>*(specific identification required, e.g. TMK, VIN)* | 1967 Convertible Ford Mustang; VIN 7F03C219778 <br>[Unregistered and inoperable; plates stored at Hawaii DMV] |
|---|---|
| *Type of Transaction:* | ☐ Public Sale  ☑ Private Sale  ☐ Other (describe on next page) <br><br>☐ Property will remain subject to any liens or interests, i.e. not paid from proceeds. |
| *Proposed Buyer: (if known)* | Doug Maki |

| | |
|---|---|
| *List any Liens or Interests in the Property:* | None |
| *Proposed Sale Price and Terms of Sale:* | *(Sale price or minimum bid, amount and form of funds required at sale, proposed date for actual sale and closing, etc.)*<br><br>Proposed sale price is $1,000.00. Debtor received a $500.00 cash deposit on August 14, 2017, and the remaining balance is to be paid upon transfer of the title, after receiving Bankruptcy Court approval for the sale. |
| *Estimated Fair Market Value; Basis for Valuation:* | Estimated Fair Market Value is $1,000.00, based on the offer received by Debtor. The vehicle is a classic, is not operable, and has been in storage for years. The value shown in Debtor Schedules is $250.00 based on parts. |
| *Other Details:* | None |

X    If checked, an order is requested providing that there be no 14-day stay under Fed. R. Bankr. P. 6004(h).

Dated: 8/17/2017              /s/ Barbara L. Franklin, Esq.
                                            Trustee/Debtor in Possession/Attorney